# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | | | |
|---|---|---|---|
| **SCOTT SCHERMITZLER,** | Plaintiff(s), | | **RULE 16 TELEPHONE** |
| v. | | | **SCHEDULING CONFERENCE** |
| **ALLISON SWANSON, et al.** | Defendant(s). | | Case No. 20-C-236 |

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: 9:13 a.m.
Proceeding Held: April 13, 2020     Time Concluded: 9:15 a.m.
Deputy Clerk: Mara     Tape: WCG_04132020_0913

## Appearances:

**Plaintiff(s)**: Ross Townsend

**Defendant(s):** Adam Marshall – connection failed

## Scheduling:

| | | | |
|---|---|---|---|
| Initial Disclosures: | 4/17/2020 | Dispositive Motions: | 4/15/2021 |
| Amended Pleadings: | 5/13/2020 | Final Pretrial Conference: | 7/23/2021 1:30 pm |
| Expert Disclosures (Plaintiff): | 7/31/2020 | ☒ Jury Trial or ☐ Court Trial: | 8/9/2021 8:30 am |
| Expert Disclosures (Defendant): | 10/31/2020 | Trial Estimate: | 5-7 days |
| Rebuttal Disclosures: | | ☐ TC; ☐ SC; ☐ HRG set for: | |
| Discovery: | 2/1/2021 | | |

☒ Hearing dates entered on calendar

There was a connection issue with Mr. Marshall – therefore, he did not participate in the telephone conference. The Court notes it will adopt the dates set forth in the parties' Rule 26 Report and issue a scheduling order.