# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**SCOTT SCHERMITZLER,**

                      Plaintiff(s),

        v.                              **MEDIATION/SETTLEMENT CONFERENCE**
                                                        Case No. 20-C-236

**ALLISON SWANSON, et al.,**

                      Defendant(s).

---

HONORABLE JAMES R. SICKEL, presiding        Proceeding held:  September 9, 2021
Deputy Clerk: Cheryl                                                  Tape:  090921
Time Commenced: 10:06 a.m. – 10:08 a.m.       Time Concluded: 4:56 p.m. – 5:10 p.m.

**Appearances:**

    **Plaintiff(s):**    Ross Townsend with Scott and Janet Schermitzler

    **Defendant(s):**    Adam V. Marshall with representatives Mary Kardoskee, Tony Wachewicz and Joel Gergozeski

---

<span style="color:red">**THE RECORDING FROM THIS HEARING IS SEALED.**</span>

Mediation conference held.

Status of Case: The parties resolved the case. The matter will be referred to Judge Griesbach for dismissal. The parties will file a stipulation of dismissal within 30 days. The final pretrial scheduled for September 13, 2021 is removed from the court's calendar.