UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SCOTT SCHERMITZLER,

    Plaintiff,

v.                                Case No. 20-C-236

ALLISON SWANSON, and
VILLAGE OF ASHWAUBENON

    Defendants.

---

## ORDER

---

The Court has been advised that a settlement has been reached in this action through mediation. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with the parties' agreement. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

**IT IS ORDERED** that within thirty (30) days from the date of this order, counsel shall file a motion to dismiss this cause or a stipulation of dismissal. Failure to comply with this order may result in dismissal with prejudice pursuant to Civil Local Rule 41(c) for failure to prosecute this action in a timely manner. Additional time to complete the execution of the settlement document may be granted if requested in writing *prior to the expiration of this time period*.

Dated at Green Bay, Wisconsin this 10th day of September, 2021.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge