UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT SCHERMITZLER,

    Plaintiff,                                                                   Case No. 20-C-236

vs.

ALLISON SWANSON and
THE VILLAGE OF ASHWAUBENON,

    Defendants.

## NOTICE OF SETTLEMENT AND JOINT MOTION
## FOR DISMISSAL WITH PREJUDICE

    The parties, through counsel, hereby stipulate and acknowledge that they have agreed to settle and fully resolve all issues in the above-captioned matter. The parties jointly move the Court for an Order dismissing this case with prejudice and without an award of costs or disbursements to any party.

    Dated this 6th day of October, 2021.

                                                    LAW FIRM OF CONWAY, OLEJNICZAK &
                                                    JERRY, S.C..

                                                    By: s/ Ross W. Townsend
                                                          Ross W. Townsend, Bar No. 1011622
                                                          Law Firm of Conway, Olejniczak & Jerry, S.C.
                                                           Attorneys for Plaintiffs
                                                           231 South Adams Street
                                                          P. O. Box 23200
                                                          Green Bay, WI 54305-3200
                                                          Telephone: (920) 437-0476
                                                          Facsimile: (920) 437-2868
                                                          E-mail: rwt@lcojlaw.com

TOWN COUNSEL LAW & LITIGATION, LLC

By: s/ Adam V. Marshall
    Adam v. Marshall, Bar No. 1103374
    Town Counsel Law & Litigation, LLC
    Attorneys for Defendants
    940 E. Evergreen Dr.
    Kaukauna, WI  54130
    Telephone: (920) 725-1233
    Facsimile: (920) 202-3116
    E-mail: amarshall@towncounsellaw.com

3856834_2