UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT SCHERMITZLER,

    Plaintiff,                                                            Case No. 20-C-236

vs.

ALLISON SWANSON and
THE VILLAGE OF ASHWAUBENON,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action be dismissed with prejudice. Further, an award of costs or disbursements shall not be made to any party, and each party shall bear all of their or its own costs incurred herein.

                                                                                      _____
                                                                                      U.S. District Court Judge

                                                                                      _____
                                                                                      Date

3979860